UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR VENTURA,<br><br>                                  Plaintiff,<br>                      -v-<br><br>LORETTA MICHAELS and NAVAJO EXPRESS, INC.,<br><br>                                  Defendants. | 21 Civ. 233 (PAE)<br><br>ORDER OF DISMISSAL |

PAUL A. ENGELMAYER, District Judge:

The Court has been advised, by stipulation of the parties, that the maximum recovery in this action is $75,000.  Dkt. 8.  Because that amount falls short of the amount in controversy necessary to provide the Court with subject-matter jurisdiction under 28 U.S.C. § 1332(a), and there appears to be no other basis for the Court to exercise jurisdiction over this removed action, Dkts. 1, 1-1, the Court remands this case to the state court under 28 U.S.C. § 1447(c).  The initial pretrial conference scheduled to take place tomorrow, February 19, 2021, is hereby adjourned.

The Clerk of Court is respectfully directed to close this case and to remand the matter to the Supreme Court of the State of New York, Bronx County.

SO ORDERED.

                                                                                    _____
                                                                                    PAUL A. ENGELMAYER
                                                                                    United States District Judge

Dated: February 18, 2021
       New York, New York